UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-12 |
| TROY STUKES, ET AL. | SECTION R (1) |

## ORDER AND REASONS

Before the Court is defendant Jamaur Johnson's unopposed *pro se* motion requesting copies of his criminal docket sheet and sentencing transcript.[1] The Court construes the motion as a request for copies of these records at the Court's expense.[2] Johnson is currently incarcerated at the Federal Correctional Complex in Coleman, Florida.[3]

Johnson is not entitled to a free copy of his sentencing transcript "solely because he is indigent or because he desires to prepare a petition seeking collateral relief." *United States v. Watson*, 61 F. App'x 919, 919 (5th Cir. 2003) (citing *United States v. MacCollom*, 426 U.S. 317, 324—25 (1976)); *see also United States v. Herrera*, 474 F.2d 1049, 1049—50 (5th Cir.

---

1 R. Doc. 118.

2 If Johnson wishes to pay for his sentencing transcript, he may contact the Clerk of Court and file the appropriate order form. *See Ordering Transcripts*, U.S. District Court for the Eastern District of Louisiana, https://www.laed.uscourts.gov/case-information/ordering-transcripts.

3 R. Doc. 118-1.

1973) ("This Court has consistently held that a federal prisoner is not entitled to obtain copies of court records at the government's expense to search for possible defects merely because he is an indigent."). Under 28 U.S.C. § 753(f), Johnson can obtain a free transcript as an indigent prisoner "if the trial judge or circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C. § 753(f); *see also MacCollom*, 426 U.S. at 320—21.

Johnson has not stated the reason for his request for his sentencing transcript, and he has failed to explain its relationship to any ongoing proceeding. Further, the Court notes that no appeal or application for a writ of habeas corpus is currently pending. Because Johnson's request "is not related to any pending proceeding," the Court is unable to certify that Johnson "is pursuing a matter that is not frivolous or that the transcripts are needed to decide the issue presented by such a matter." *See United States v. Stovall*, 2021 WL 4439608, at *1 (E.D. La. Sep. 28, 2021). Thus, he is not entitled to a free copy of his sentencing transcript. The Court's records indicate that Johnson was sent a copy of his criminal docket sheet, but to ensure receipt, a second copy will be sent.

Accordingly, the Court DENIES defendant's motion for a copy of his sentencing transcript. IT IS ORDERED that the Clerk of Court send defendant a copy of his criminal docket sheet.

New Orleans, Louisiana, this 13th day of October, 2026.

Sarah Vance

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE